**United States Bankruptcy Court**
Eastern District of Louisiana

06-10644

In re: Anthony Louis Clark
Andrea Jackson Clark
Debtor(s)

Case No.
Chapter **13**

# CHAPTER 13 PLAN

1. <u>Payments to the Trustee</u>: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of **$1,211.15** per month for **60** months.

   Total of plan payments: **$72,669.00**

2. <u>Plan Length</u>: This plan is estimated to be for **60** months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the amount of their allowed secured claims have been fully paid or until the Debtor has been discharged. Upon payment of the amount allowed by the Court as a secured claim in the Plan, the secured creditors included in the Plan shall be deemed to have their full claims satisfied and shall terminate any mortgage, lien or security interest on the Debtor's property which was in existence at the time of the filing of the Plan, or the Court may order termination of such mortgage, lien or security interest.

   b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

   c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   a. Administrative Expenses
      (1) Trustee's Fee: **10.00**%
      (2) Attorney's Fee (unpaid portion): **$1,300.00 to be paid through plan in monthly payments of $216.67 for 6 months.** Attorney fees thru the plan will be paid as 50% of the total disbursement after Trustee fee payment until the attorney fee paid in full.
      (3) Filing Fee (unpaid portion): **NONE**

   b. Priority Claims under 11 U.S.C. § 507

   | Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) | Total Payments |
   |---|---|---|---|---|
   | **-NONE-** | | | | |

   c. Secured Claims
   (1) Secured Debts Which Will Not Extend Beyond the Length of the Plan

   | Name/Description of Collateral | Proposed Amount of Allowed Secured Claim | Monthly Payment | | Interest Rate (If specified) | Total Payments |
   |---|---|---|---|---|---|
   | **MMCA / Mitsubishi** **2001 Mitsubishi Montero Sport** | 17,482.00 | 644.88 | Mos 1-30 | 8.00% | 19,346.40 |

   (2) Secured Debts Which Will Extend Beyond the Length of the Plan

   | Name/Description of Collateral | Amount of Claim | Monthly Payment | Interest Rate (If specified) | Total Payments |
   |---|---|---|---|---|
   | **-NONE-** | | | | |

    d. Unsecured Claims
      (1) Special Nonpriority Unsecured: Debts which are co-signed or are non-dischargeable shall be paid in full (100%).

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) | Total Payments |
|---|---|---|---|---|
| **-NONE-** | | | | |

      (2) General Nonpriority Unsecured: Other unsecured debts shall be paid **70** cents on the dollar and paid pro rata, with no interest if the creditor has no Co-obligors, provided that where the amount or balance of any unsecured claim is less than $10.00 it may be paid in full.
      The total payout to unsecured creditors at 70% is $45,416.60.

5. The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Name/Description of Collateral | Amount of Default to be Cured | Monthly Payment | Interest Rate (If specified) | Total Payments |
|---|---|---|---|---|
| **-NONE-** | | | | |

6. The Debtor shall make regular payments directly to the following creditors:

| Name | Collateral | Market Value | Amount of Claim |
|---|---|---|---|
| **Home Comings Financial** | **96 Diplomat Way Thibodaux, LA 70301** | **135,000.00** | **25,134.00** |
| **Washington Mutual** | **96 Diplomat Way Thibodaux, LA 70301** | **135,000.00** | **77,990.00** |

7. The employer on whom the Court will be requested to order payment withheld from earnings is:
   **NONE. Payments to be made directly by debtor without wage deduction.**

8. The following executory contracts of the debtor are rejected:

| Other Party | Description of Contract or Lease |
|---|---|
| **-NONE-** | |

9. Property to Be Surrendered to Secured Creditor

| Name | Collateral | Market Value | Amount of Claim |
|---|---|---|---|
| **-NONE-** | | | |

10. The following liens shall be avoided pursuant to 11 U.S.C. § 522(f), or other applicable sections of the Bankruptcy Code:

| Name | Collateral | Market Value | Amount of Claim |
|---|---|---|---|
| **-NONE-** | | | |

11. Title to the Debtor's property shall revest in debtor on confirmation of a plan.

12. As used herein, the term "Debtor" shall include both debtors in a joint case.

13. Other Provisions:
    **Attorney's fees are subject to application and approval of court.**

SUMMARY AND ANALYSIS OF PLAN PAYMENTS TO BE MADE BY TRUSTEE

Total debt provided under the Plan and administrative expenses:

| | |
|---|---:|
| 1. Attorney Fees | **1,300.00** |
| 2. Arrearages | **0.00** |
| 3. Secured Claims | **19,346.40** |
| 4. Priority Claims | **0.00** |
| 5. Separate Class of Unsecured Claims | **0.00** |
| 6. All other unsecured claims | **45,416.60** |
| Total payments to above Creditors | **66,063.00** |
| Trustee fees | **6,606.00** |
| Total Debtor payments to the Plan | **72,669.00** |

Reconciliation with Chapter 7:

| | |
|---|---:|
| Interest of unsecured creditors if Chapter 7 filed | |
| Total property of debtor | **166,825.00** |
| Property securing debt (excludes avoided liens) | **118,124.00** |
| Priority unsecured claims (Schedule E) | **0.00** |
| Exempt property | **40,900.00** |
| Administrative Costs | **0.00** |
| Available to General Unsecured (Under Chapter 7) | **7,801.00** |
| Total General Unsecured | **67,022.00** |
| Percent of unsecured, nonpriority claims paid if Chapter 7 filed (est.) | **12%** |
| Percent of unsecured, nonpriority claims paid under Plan | **70%** |

Date **July 12, 2006**     Signature **/s/ Anthony Louis Clark**
                                     **Anthony Louis Clark**
                                     Debtor

Date **July 12, 2006**     Signature **/s/ Andrea Jackson Clark**
                                     **Andrea Jackson Clark**
                                     Joint Debtor

**/s/ Timothy P. Rooney**
Attorney for Debtor(s)
**Southern Legal Clinics**
**PO Box 6314**
**Metairie, LA 70009-6314**
**(504) 455-4185**

MAY-10-2006 08:46AM FROM-LAF. FARM BUREAU +985 4478569 T-824 P.001/001 F-162

COVERAGE IS PROVIDED IN THE
**LA CITIZENS FAIR PLAN**
P O BOX 60730
NEW ORLEANS, LA 70160

**HOMEOWNERS DECLARATION**

| Policy Number | Policy Period From | To |
|---|---|---|
| FZH 0153097 07 | 10/24/2005 | 10/24/2006 |
| | 12:01 A.M. Standard Time at the described location | |

BILLING INFORMATION  MORTGAGE BILL - INVOICE WILL FOLLOW

**Transaction**

RENEWAL DECLARATION                    Renewal Of: FZH0153097

| Named Insured and Address | Agent's Name and Address | Agency Number |
|---|---|---|
| CLARK, ANDREA JACKSON & ANTHONY L CLARK 96 DIPLOMAT WAY THIBODAUX LA 70301 | JOEY BLANCHARD AGCY P. O. BOX 739 THIBODAUX, LA 70302-0739 Telephone: | 8002726 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

Legal Address  96 DIPLOMAT WAY
               THIBODAUX LA 70301                    LAFOURCHE PARISH

Rating Information - Brick Veneer, Constructed in 1989, Primary Residence Protection Class 03
Territory 290  Feet From Hydrant  0  . Section I Loss Deductible  $500  , 1 Family.
Coverage is provided where limit of liability or premium is shown.

Section I Coverage                                   Limit of Liability    Premiums
  A. Dwelling                                            105,288           1,612.00
  B. Other Structures                                     10,529
  C. Personal Property                                    52,644
  D. Loss of Use                                          21,058

Section II Coverage
  E. Personal Liability                           100,000    EACH OCCURRENCE
  F. Medical Payments to Others                     1,000    EACH PERSON

Additional Premiums
  3% Tax Exempt Surcharge                                                     49.00

                                              Total Location Premium     $1,660.00
Premium Charge This Transaction:    $0.00    Total Policy Premium        $1,660.00

**Forms and Endorsements**

| HO-01-17 | (04/05) | HO-04-96 | (10/00) | AAM-996B | (05/01) | HO-00-03 | (10/00) | HO-03-42 | (01/05) |
| HO-04-46 | (10/00) | | | | | | | | |

**Policy Interests**

MORTGAGEE                      Unit # 00001
WASHINGTON MUTUAL HOME LOANS
ISAOA
P O BOX 35210
LOUISVILLE KY 40232-5210

LOAN# 0094225860

Issued Date: 08/26/2005        COPY - AGENT        Authorized Representative
S3-HODEC 05 95                                     Page 1 of 2

JUL-07-2006 08:32AM    FROM-LAF. FARM BUREAU                              +985 4478569              T-820   P.001/002  F-700

*CHNG*                         *A Y32088*                          *DOC*

☐ GENERAL PAGE ATTACHED                                                                  **VEHICLE PAGE**

☐ CHANGE   ☐ REINSTATE   ☐ CANCEL SHORT RATE   ☐ CANCEL PRO-RATE   Received From Insured   DO NOT send reinstatement down payments to state office. Enter in parish payment system.
Renewal Eff - 06/05/2006 to 12/05/2006    REASON FOR CANCEL:_____    Amount Paid $_____

| INSURANCE TO BE EFFECTIVE | ☐ AM ☐ PM | La Farm Bureau Casualty Ins Co 1.☐ LOUISIANA FARM BUREAU CASUALTY INS CO 2.☐ LOUISIANA FARM BUREAU MUTUAL INS CO 3.☐ SOUTHERN FARM BUREAU CASUALTY INS CO | POLICY A Y32088 BOOKLET DATE: 09/01/1996 | DEC NO 02 | POLICY TYPE 1 - Semi Annual |
| Hour | Date | | | | |

| INSURED'S NAME | REGISTERED IN INSURED'S NAME? | SOCIAL SECURITY NO. | SUFFIX |
|---|---|---|---|
| ANTHONY L CLARK | Y | 433 96 8737 | 50 |

| YEAR MODEL | TRADE NAME | BODY TYPE | TRK CAPACITY | IDENTIFICATION NUMBER | SYM/COST | MSRP |
|---|---|---|---|---|---|---|
| 2002 | MITSUBISHI | 4-DOOR | | JA4LS21HX2J029746 | 16 | |

| DATE PURCHASED | ADDL. VEHICLE DES. | LENGTH (Mtr Lim - Camp Trl) | H/P | CC | CLASS | TERR | INSURED REF# | PRINC OPER REF# | % OF ANNUAL MILES DRIVEN 1. 2. 3. 4. 5. 6. 7. |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/2001 | MONTERO LS | | | | 1B | 27 | 1 | 2 | 1-20% 2-80% |

GARAGING ADDRESS
96 DIPLOMAT WAY
THIBODAUX LA  70301                      ☐ ADD
                                         ☐ CHANGE         City _____  State _____  Zip _____
                                                          Garaging Parish
GARAGING PARISH   440

APPLICABLE ENDORSEMENTS: FB99

LIENHOLDER
MITSUBISHI MOTOR CREDIT                  ☐ ADD
PO BOX 24020                             ☐ CANCEL
TUCSON AZ 85734                          ☐ CHANGE        City _____  State _____  Zip _____

| COVERAGES: BI (A) AND PD (B) | UMBI (U) | UMPD (P) | MED (C) | COMP (D) | COLL (E) | DISB (G) | Writing Agent Code |
|---|---|---|---|---|---|---|---|
| AB ☐ ADD ☐ CANCEL ☐ CHANGE A. 10,000 EACH PERSON 20,000 EACH ACCIDENT B. 10,000 EACH ACCIDENT | U1 ☐ 1. U-BI ☐ 2. U-BI Economic Only ☐ ADD ☐ CANCEL ☐ CHANGE $_____ EACH PERSON 10,000 EACH ACCIDENT 20,000 $_____ | ☐ ADD ☐ CANCEL $250 Deductible | C ☐ ADD ☐ CANCEL | D3 ☐ ADD ☐ CANCEL ☐ CHANGE 1. 20% Windshield Deductible ($25 Max.) 2. $50 Deductible 3. $100 Deductible 4. $250 Deductible 5. $500 Deductible 6. $1000 Deductible | E5 ☐ ADD ☐ CANCEL ☐ CHANGE 1. $50 Deductible 3. $100 Deductible 4. $200 Deductible 4. $250 Deductible 5. $500 Deductible 7. $1000 Deductible | G1 ☐ ADD ☐ CANCEL ☐ CHANGE 1. Basic Disability Income Coverage 2. Extended Disability Income Coverage | COVERAGE ID A B C D E ☐☐☐☐☐ Complete Only If Recoding Parish Code / Branch Code / Agent Code |

PRIVATE:
MULTICAR                  YES       Current ADD DEL              Current ADD DEL       Used to drive to and from work or school? ☐ Yes ☐ No   Odometer Reading
*YOUTHFUL DRIVER TRN      NO  ☐ ☐  CAMPING TRAILER     NO  ☐ ☐   # of Miles one way _____
*GOOD STUDENT             NO  ☐ ☐  PICKUP OR VAN (2 WHL) NO ☐ ☐  If no, explain _____                                     Annual Mileage
*SENIOR DEF DRIVING       NO  ☐ ☐  PICKUP OR VAN (4 WHL) NO ☐ ☐
*VIN ETCHING              NO  ☐ ☐  DRIVE OTHER CAR     NO  ☐ ☐   CARPOOL   ☐ Yes ☐ No                                        Acres Owned
HOME DISCOUNT             NO  ☐ ☐  HIRED AND NONOWNED  NO  ☐ ☐   # of Riders _____ Times/mo. _____
*ACTIVE MILITARY          NO  ☐ ☐
*Attach Appropriate Forms                                        Used in Occupation other than farming? ☐ Yes ☐ No           Acres Leased

HNO DOC:  YEAR    TRADE NAME    VEHICLE ID NUMBER    Young Driver (Indicate young driver by ref# or none)
ESTIMATED COST OF HIRE   # CLASS 1 EMPLOYEES   # CLASS 2 EMPLOYEES

COMMERCIAL:
E. RADIUS OF OPERATION    I understand claims reported outside radius of operation indicated will not be covered.
_____ Used only within 100 miles.............Dest of Longest Trip_____              Dual Rear Axles?   ☐ Yes ☐ No
_____ Number of trips 100 to 300 miles.....Dest of Longest Trip_____                Special Body Equipment Cost_____
_____ Number of trips 300 to 600 miles.....Dest of Longest Trip_____                Products Hauled_____
_____ Number of trips over 600 miles.......Dest of Longest Trip_____                Is Truck leased?   ☐ Yes ☐ No  Leased to:_____
_____ % Own Farm Use Exclusively   _____ % Neighboring Farm Occasionally                                  ☐ Yes ☐ No  Leased From:_____
_____ % Retail or Wholesale Delivery  _____ % Own Nonfarm Use  _____ % Hire for Anyone   Hauls Under Contract? ☐ Yes ☐ No  Contract With:_____
Is Public Service Commission Liability or other filing required?  ☐ Yes ☐ No            Seasonal Vehicle?   ☐ Yes ☐ No  If yes, period mo.___ yr.___
If yes, attach request for Liability Certificate.  Kind_____  To Whom?_____                                                to mo.___ yr.___

MOTOR-CYCLES:                                        Current YES NO
Touring Bike                                          NO   ☐   ☐   Estimated value of customized items $_____
*Alternative fuels or fuel additives used? If yes, do not bind.   NO ☐ ☐   List safety course completed_____
*Primary mode of transportation? If yes, do not bind.   NO   ☐   ☐

| I Hereby Certify the Foregoing Information to be True and Correct | I hereby Recommend the Changes as Requested | Parish-Branch | Agent Code | Town Code |
|---|---|---|---|---|
| | | 440 | 18170 | 0443 |
| Insured's Signature          Date | Agent's Signature          Date | | | |

JUL-07-2006 08:32AM FROM-LAF. FARM BUREAU +985 4478569 T-820 P.002/002 F-700

 

*CHNG* *A Y32086* *DOC*

☐ GENERAL PAGE ATTACHED **VEHICLE PAGE**

☐ CHANGE ☐ REINSTATE ☐ CANCEL SHORT RATE ☐ CANCEL PRO-RATE Received From Insured Amount Paid $_____ DO NOT send reinstatement down payments to state office. Enter in parish payment system.

Renewal Eff - 06/05/2006 to 12/05/2006 REASON FOR CANCEL:_____

| INSURANCE TO BE EFFECTIVE | ☐ AM ☐ PM | La Farm Bureau Casualty Ins Co 1.☐ LOUISIANA FARM BUREAU CASUALTY INS CO 2.☐ LOUISIANA FARM BUREAU MUTUAL INS CO 3.☐ SOUTHERN FARM BUREAU CASUALTY INS CO | POLICY A | DEC NO Y32086 03 | POLICY TYPE 1 - Semi Annual |
| Hour | Date | | BOOKLET DATE: | 09/01/1998 | |

| INSURED'S NAME | REGISTERED IN INSURED'S NAME? | SOCIAL SECURITY NO. | SUFFIX |
| ANTHONY L CLARK | Y | 433 96 8737 | 50 |

| YEAR MODEL | TRADE NAME | BODY TYPE | TRK CAPACITY | IDENTIFICATION NUMBER | SYM/COST | MSRP |
| 1998 | NISSAN | 4-DOOR | | 1N4AB41D5WC733567 | 14 | |

| DATE PURCHASED | ADDL VEHICLE DES. | LENGTH (Mtr Hm- Camp Trl) | H/P | CC | CLASS | TERR | INSURED REF# | PRINC OPER REF# | % OF ANNUAL MILES DRIVEN 1. 2. 3. 4. 5. 6. 7. |
| 06/12/1998 | SENTRA | | | | 1A | 27 | 1 | 1 | 1-80% 2-20% |

GARAGING ADDRESS
96 DIPLOMAT WAY
THIBODAUX LA 70301 ☐ ADD
☐ CHANGE City_____ State_____ Zip_____

GARAGING PARISH 440 Garaging Parish

APPLICABLE ENDORSEMENTS: FB99

LIENHOLDER ☐ ADD
☐ CANCEL
☐ CHANGE City_____ State_____ Zip_____

| COVERAGES: BI (A) AND PD (B) | UMBI (U) | UMPD (P) | MED (C) | COMP (D) | COLL (E) | DISB (G) | Writing Agent Code |
| AB | U1 | | C | D3 | E5 | G1 | |
| ☐ ADD ☐ CANCEL ☐ CHANGE | ☐ 1. U-BI ☐ 2. U-BI Economic Only ☐ ADD ☐ CANCEL ☐ CHANGE | ☐ ADD ☐ CANCEL $250 Deductible | ☐ ADD ☐ CANCEL | ☐ ADD ☐ CANCEL ☐ CHANGE 1. 20% Windshield Deductible (525 Max.) 2. $50 Deductible 3. $100 Deductible 4. $250 Deductible 5. $500 Deductible 6. $1000 Deductible | ☐ ADD ☐ CANCEL ☐ CHANGE 1. $50 Deductible 3. $100 Deductible 6. $200 Deductible 4. $250 Deductible 5. $500 Deductible 7. $1000 Deductible | ☐ ADD ☐ CANCEL ☐ CHANGE 1. Basic Disability Income Coverage 2. Extended Disability Income Coverage | COVERAGE ID A B C D E ☐☐☐☐☐ Complete Only If Receding Parish Branch Agent Code Code Code |
| A. 10,000 EACH PERSON 20,000 EACH ACCIDENT B. 10,000 EACH ACCIDENT | EACH PERSON 10,000 EACH ACCIDENT 20,000 | | | | | | |

PRIVATE:
MULTICAR YES Current ADD DEL CAMPING TRAILER NO ☐ ☐
*YOUTHFUL DRIVER TRN NO ☐ ☐ PICKUP OR VAN (2 WHL) NO ☐ ☐
*GOOD STUDENT NO ☐ ☐ PICKUP OR VAN (4 WHL) NO ☐ ☐
*SENIOR DEF DRIVING NO ☐ ☐ DRIVE OTHER CAR NO ☐ ☐
*VIN ETCHING NO ☐ ☐ HIRED AND NONOWNED NO ☐ ☐
HOME DISCOUNT NO ☐ ☐
*ACTIVE MILITARY NO ☐ ☐
*Attach Appropriate Forms

Used to drive to and from work or school? ☐ Yes ☐ No
# of Miles one way_____
If no, explain_____
CARPOOL ☐ Yes ☐ No
# of Riders_____ Times/mo._____
Used in Occupation other than farming? ☐ Yes ☐ No
Young Driver (indicate young driver by ref# or none)_____

Odometer Reading
Annual Mileage
Acres Owned
Acres Leased

HNO/DOC: YEAR TRADE NAME VEHICLE ID NUMBER
ESTIMATED COST OF HIRE # CLASS 1 EMPLOYEES # CLASS 2 EMPLOYEES

COMMERCIAL:
E. RADIUS OF OPERATION I understand claims reported outside radius of operation indicated will not be covered.
Used only within 100 miles_____Dest of Longest Trip_____
Number of trips 100 to 300 miles____Dest of Longest Trip_____
Number of trips 300 to 600 miles____Dest of Longest Trip_____
Number of trips over 600 miles_____Dest of Longest Trip_____
% Own Farm Use Exclusively_____ % Neighboring Farm Occasionally_____
% Retail or Wholesale Delivery_____ % Own Nonfarm Use_____ % Hire for Anyone_____
Is Public Service Commission Liability or other filing required? ☐ Yes ☐ No
If yes, attach request for Liability Certificate. Kind_____ To Whom?_____

Dual Rear Axles? ☐ Yes ☐ No
Special Body Equipment Cost_____
Products Hauled_____
Is Truck leased? ☐ Yes ☐ No Leased to:_____
☐ Yes ☐ No Leased From:_____
Hauls Under Contract? ☐ Yes ☐ No Contract With:_____
Seasonal Vehicle? ☐ Yes ☐ No If yes, period mo.____ yr.____
to mo.____ yr.____

MOTOR-CYCLES:
Touring Bike Current YES NO
*Alternative fuels or fuel additives used? If yes, do not bind. NO ☐ ☐
*Primary mode of transportation? If yes, do not bind. NO ☐ ☐
NO ☐ ☐

Estimated value of customized items $_____
List safety course completed_____

| I Hereby Certify the Foregoing Information to be True and Correct | I hereby Recommend the Changes as Requested | Parish-Branch 440 | Agent Code 18170 | Town Code 0443 |
| Insured's Signature Date | Agent's Signature Date | | | |